2

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

## UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

MAY 13 2022

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

Phyllis L Walker
_____
*Plaintiff/Petitioner*

USDA Thomas J. Vilsack secretary (Food
Safety And Inspection Servicc. AgoNcy
_____
*Defendant/Respondent*

Civil Action No. FSIS-2020-00608

4:22-cv-450-KGB

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: USDA.
Thomas J. Vilsack secretary (Food safety and Inspection Service. agnie
05787P- Pilgrams's Pride       Natchitoches, LA 71457.
7088 Highway 1 ByPass "Lateral 1-4-2021"       Net Pay

My gross pay or wages are: $ 1,783.63 , and my take-home pay or wages are: $ 1,379.85  per
(specify pay period) "05" - 02-17-22. To 03-12-22

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☒ No
(b) Rent payments, interest, or dividends ☐ Yes ☒ No
(c) Pension, annuity, or life insurance payments ☒ Yes   No
(d) Disability, or worker's compensation payments ☐ Yes ☒ No
(e) Gifts, or inheritances ☐ Yes ☒ No
(f) Any other sources ☒ Yes   No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

02-01-2022 - $5.5050 - Hardship Withdrawal TSP
06-29-2021 - $3.750 - Hardship Withdrawal TSP
Receive 0 IN The Furture - 0 AMOUNT
FiNancial Hardship
I am IN

2

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ Cash $30.00 Checking-Approximately $30.00 Before over DraFT/SAVINg -0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: Dodge Avenger 2010 - RX approximate value $1,500

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Credit acceptance Coop Car Note $536.00/Capition ONE $50.00/merrick Bank $50.00
Allstate Cars Insurance $394.86/Bank of missouri $50.00/TBom/Fortiva MC $62.02
melRose APT Rent Natchitoches LA-$760.00/Capital ONE Platim $50.00/Discover Bank $50.00
The City of Natchitoches Light Bill-100.00/TBom/ForTiva MC $62.00
Subben Link -$154.54/CommeTS Capital/DUBSBer $62.00
Synchrony Bank-$100.00  ATT+T ON Bill $50.00
Credit ONe Bank-$50.00  Bank over draft $70.00
TBom/ForTi $66.31
TBom/Fortiva $2,473  $66.31

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
Allstate Car Insurance Harrel Walker is Add as A Driver My SON
Alarm Security System ma Daughter LaTill Walker

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Credit Acceptance Cooper $13,697.00/ Discover Bank $587.00
credit ONE Bank $757.00  TBom/Fortiva mc $465.00
rBom/Fortiva $2,473.00  Capital ONe $197.00
Capital ONE $395.00  The Bank of missouri $186.00
merrick Bank $832.00  Account Recovery/Bank over DraFT $70.00
TBom/Fortvia mc $1,022.0  South west medical $125.00
CommeNTS Capital $1,117.00  Southwest medical $355.00
Sw ProFessial Phycician $210.00

**Declaration:** I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 04-13-2022

*Phyllis L Walker*

Applicant's signature

Phyllis L Walker

Printed name