IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHYLLIS L. WALKER**                                                                                          **PLAINTIFF**

v.                                  Case No. 4:22-cv-00449-JM

**DEPARTMENT OF ARGRICULTURE**                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 1st day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE